UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA SUE HARDIN,

        Petitioner,

v.                                        Case Number: 07-14541
                                        Honorable Patrick J. Duggan

CLARICE STOVALL,

        Respondent.

_____/

## JUDGMENT

Petitioner Ronda Sue Hardin ("Petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging her conviction, following a bench trial in Oakland County Circuit Court, of two counts of assault with intent to rob while armed, Mich. Comp. Laws Ann. § 750.89. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to a writ of habeas corpus.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, the Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE.**

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies To:
Ronda Hardin, #475231
Women's Huron Valley Correctional Facility
3201 Bemis Road
Ypsilanti, Michigan 48197

Andrew L. Shirvell, Esq.